ACCEPTED
03-14-00080-CV
6164013
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 4:31:41 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00080-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/21/2015 4:31:41 PM

JEFFREY D. KYLE
Clerk

GATTIS ELECTRIC, INC.
*Appellant*,

v.

THERESA MARIE MANN, INDIVIDUALLY, AND AS GUARDIAN OF THE
PERSON AND ESTATE OF JAMES LAWHON,
*Appellee*.

_____

On Appeal from the 126th Judicial District Court
of Travis County, Texas
Trial Court No. D-1-GN-12-001971

_____

**APPELLANT'S MOTION FOR LEAVE
TO FILE POST-SUBMISSION BRIEF**

_____

TO THE JUSTICES OF THE THIRD COURT OF APPEALS:

1.      Appellees filed a post-submission letter of supplemental authority on July 13, 2015.

2.      Appellant, Gattis Electric, Inc., seeks to file a response. Accordingly, Appellant requests leave of Court to file its post-submission letter brief, tendered for filing simultaneously with this motion.

3.     Appellees' letter discussed a recent Texas Supreme Court decision. *Austin v. Kroger Texas, L.P.*, No. 14-0216, 2015 WL 3641066 (Tex. June 12, 2015). However, Appellees are misconstruing the effect of *Austin* and quote it out of context. Appellant desires to respond and explain its position as to whether *Austin* has any impact at all on this case. To the extent it does, *Austin* supports Appellant's arguments.

4.     A party's brief may be amended or supplemented whenever justice requires and on whatever terms the appellate court may prescribe. TEX. R. APP. P. 38.7. As noted by Appellees in their motion for leave to file their letter of supplemental authority, Appellant Gattis should have the opportunity to respond to their arguments.

## PRAYER

Therefore, for the above reasons, Appellant, Gattis Electric, Inc., respectfully requests the Court to grant leave to file its post-submission letter brief tendered simultaneously herewith. Appellant further requests general relief.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE
WILLIAMS & AUGHTRY


By: /s/ Kevin D. Jewell
Kevin D. Jewell
Texas Bar No. 00787769
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 654-9620
Facsimile: (713) 658-2553

ATTORNEYS FOR APPELLANT,
GATTIS ELECTRIC, INC.


## CERTIFICATE OF CONFERENCE

I certify that the undersigned conferred by email with counsel for Appellees on July 21, 2015, and Appellees are unopposed.


/s/ Kevin D. Jewell
Kevin D. Jewell

## <u>CERTIFICATE OF SERVICE</u>

       I certify that a true and correct copy of the foregoing was served on this 21st day of July, 2015, by facsimile and/or certified mail, return receipt requested to the attorneys and/or parties contained in the attached service list.


*Via electronic service*
D. Todd Smith
Smith Law Group, P.C.
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746

*Via electronic service*
Henry Moore
Jayme Bomben
316 W. 12th St., Suite 318
Austin, Texas 78701

*Via electronic service*
Sally S. Metcalfe
Metcalfe Law, P.L.L.C.
901 South Mopac Expressway
Plaza One, Suite 300
Austin, Texas 78746


                           /s/  Kevin D. Jewell
                             Kevin D. Jewell